UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANNEL CENTENO; HERIBERTA CENTENO; JOSE CENTENO, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF FRESNO; ZEBULON PRICE; FELIPE MIGUEL LUCERO; and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. 1:16-cv-00653-DAD-SAB<br><br>HERIBERTA CENTENO AND JOSE CENTENO HAVE BEEN DISMISSED WITH PREJUDICE FROM THE FIRST, SECOND, AND FOURTH CLAIMS FOR RELIEF<br><br>(Doc. No. 13) |

On June 10, 2016, the parties filed a joint stipulation for dismissal with prejudice of Heriberta Centeno and Jose Centeno from the first, second, and fourth claims for relief, and with each party to bear its own costs and attorneys' fees. (Doc. No. 13.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). In light of the parties' stipulation,

1. Plaintiffs Heriberta Centeno and Jose Centeno have been dismissed with prejudice from the first claim for relief;

2. Plaintiffs Heriberta Centeno and Jose Centeno have been dismissed with prejudice from the second claim for relief;

/////

1

3. Plaintiffs Heriberta Centeno and Jose Centeno have been dismissed with prejudice from the fourth claim for relief;

4. The parties have mutually waived and released all such aforementioned claims – including all claims for liability or damages or otherwise by any of the plaintiffs against any of the defendants or their agents or employees – and have mutually waived and released all costs, court fees, and attorneys' fees arising out of this litigation between these parties thereto as to the aforementioned dismissed claims;

5. Nothing in this order shall be construed as preventing any remaining parties to this action from calling any of the former parties listed in the stipulation as witnesses at the time of trial or for other proceedings in this action;

6. In light of these dismissals, plaintiffs' operative remaining claims in this action are now solely as follows:

    a. The first claim for relief for wrongful death by negligent tactics and negligent use of Force upon decedent Freddy Centeno, pursuant to Cal. Gov. Code §§ 815.2 and 820 by plaintiff Channel Centeno (on decedent's behalf) against defendants City of Fresno, FPD Officer Zebulon Price, and FPD Officer Miguel Lucero, and Supervisory Doe Defendants 1-10;

    b. The second claim for relief for excessive force (deadly) in violation Fourth Amendment to the U.S. Constitution upon decedent Freddy Centeno, pursuant to 42 U.S.C. § 1983, by plaintiffs Channel Centeno (on decedent's behalf) against defendants FPD Officer Zebulon Price and FPD Officer Miguel Lucero;

    c. The third claim for relief for substantive due process violation: deprivation of familial relations with decedent Freddy Centeno in violation of the Fourteenth Amendment to the U.S. Constitution, pursuant to 42 U.S.C. § 1983, by plaintiffs Channel Centeno, Jose Centeno, and Heriberta Centeno (each on their own behalf) against defendants FPD Officer Zebulon Price and FPD Officer Miguel Lucero, and Supervisory Doe Defendants 1-5; and

/////

d.  The fourth claim for relief for municipal liability (*Monell* claim), pursuant to 42 U.S.C. § 1983, by plaintiff Channel Centeno against defendants City of Fresno, and Supervisory Doe Defendants 6-10.

IT IS SO ORDERED.

Dated:   **June 12, 2016**                                    /s/ Dale A. Drozd
                                                              UNITED STATES DISTRICT JUDGE