# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANNEL CENTENO, et al., | Case No. 1:16-cv-00653-DAD-SAB |
| Plaintiffs, | ORDER DENYING STIPULATION TO AMEND SCHEDULING ORDER WITHOUT PREJUDICE |
| v. | |
| CITY OF FRESNO, et al., | (ECF No. 30) |
| Defendants. | |

On July 21, 2016, the scheduling order issued in this action. On December 29, 2016, the parties filed a stipulation to amend certain deadlines in the July 21, 2016 scheduling order so they can complete discovery which will allow the parties to fully explore settlement. The deadlines proposed in the scheduling order do not provide sufficient time between the proposed dates and the pretrial conference to allow the court to hear and decide any dispositive motions. Accordingly, the parties' stipulation to amend the scheduling order is denied without prejudice.

The parties are advised that pursuant to the Local Rules the hearing a motion is to be noticed not less than twenty-eight days after service and filing of the motion. L.R. 230(b). The proposed schedule does not allow the district judge sufficient to time to hear the motion and issue an order addressing the motion prior to the pretrial conference. In order to allow consideration of the motion and for the parties to have time to file a meaningful pretrial statement, the proposed schedule should allow ten weeks between the motion filing deadline and the pretrial conference. Additionally if the parties wish to advance the settlement conference they may contact this Court.

1  Based on the foregoing, IT IS HEREBY ORDERED that the parties' stipulation to amend
2 the July 21, 2016 scheduling order is DENIED without prejudice.

IT IS SO ORDERED.

Dated: **December 30, 2016**

UNITED STATES MAGISTRATE JUDGE