# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANNEL CENTENO, et al., | Case No. 1:16-cv-00653-DAD-SAB |
| Plaintiffs, | ORDER FOLLOWING <u>IN</u> <u>CAMERA</u> REVIEW |
| v. | |
| CITY OF FRESNO, et al., | |
| Defendants. | |

On December 29, 2016, an order issued granting in part and denying in part, Plaintiffs' motion to compel discovery in this action. In the order, Defendants were to lodge the performance reviews of Defendants Zebulon Price and Felipe Lucero for <u>in</u> <u>camera</u> review. On January 10, 2017, Defendants filed a notice of lodging of the documents for <u>in</u> <u>camera</u> review.

The Court has reviewed performance evaluations of Defendant Lucero for the periods of 1/12/15 to 1/11/16; 1/7/14 to 1/12/15; 1/6/13 to 1/13/14; 1/3/12 to 1/6/13; 1/3/11 to 1/3/12; 1/1/10 to 12/31/10; and 9/3/09 to 6/11/10. The Court also reviewed performance evaluations of Defendant Price for the periods of 1/12 16 to 1/7/17; 1/12/15 to 1/11/16; 1/7/14 to 1/12/15; 1/6/13 to 1/13/14; 1/3/11 to 1/1/12; 1/3/11 to 9/1/11; 1/4/10 to 8/1/10; and 1/4/09 to 1/3/10.

In the motion to compel, Plaintiffs argued that documents were sought to show that the defendants had a history of using excessive force or filing false police reports and there was no discipline or there was ratification of these activities. Plaintiff's also argued that documents

which would indicate poor decision-making, discipline, or other instances of use of force could lead to evidence of their custom and practice of filing to follow policies and procedures. However, the Court finds that only evidence of excessive force incidents or that would go to issues of credibility would be relevant to the claims at issue here and proportional to the needs of the case.

Upon review of the documents, the Court finds that the performance evaluations do not contain evidence relevant to the issues pending in this action.  Accordingly, Plaintiff's motion to compel the production of the defendants' performance reviews is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **January 18, 2017**

UNITED STATES MAGISTRATE JUDGE