# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANNEL CENTENO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF FRESNO, et al.,<br><br>    Defendants. | Case No. 1:16-cv-00653-DAD-SAB<br><br>ORDER AMENDING SCHEDULING ORDER PURSUANT TO STIPULATION OF THE PARTIES<br><br>(ECF No. 37) |

On March 9, 2017, the parties filed a stipulation to amend the scheduling order in this action. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the July 21, 2016 and January 11, 2017 scheduling orders are amended as follows:

1. Deadline to Add Parties and Amend Pleadings: February 28, 2017;

2. Expert Discovery Cut-Off: May 5, 2017;

3. Discovery Motion Hearing Deadline: May 5, 2017; and

4. All other dates and aspects of the July 21, 2016 and January 11, 2017 scheduling orders shall remain in effect.

IT IS SO ORDERED.

Dated:   **March 10, 2017**

UNITED STATES MAGISTRATE JUDGE